UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DORIAN TREVOR SYKES,

    Plaintiff,                                    Civil Action No. 21-CV-10514

vs.                                             HON. BERNARD A. FRIEDMAN

GOULD, et al.,

    Defendants.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is presently before the Court on plaintiff's motion for summary judgment (docket entry 18). Magistrate Judge Curtis Ivy Jr. has submitted a Report and Recommendation ("R&R") in which he recommends that this motion be denied without prejudice because it is premature. No party has objected to the R&R, and the objection period has expired.

Having reviewed the complaint, plaintiff's summary judgment motion, and defendants' response, the Court agrees with the magistrate judge's analysis and recommendation. Accordingly,

IT IS ORDERED that Magistrate Judge Ivy's R&R is hereby accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is denied without prejudice.

                                          s/Bernard A. Friedman
Dated: June 16, 2021                BERNARD A. FRIEDMAN
    Detroit, Michigan            SENIOR UNITED STATES DISTRICT JUDGE